# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Craig Johnson,                                                      Civil No. 11-3280 (RHK/LIB)

            Plaintiff,                                     **ORDER**

vs.

Brainerd Police, et al.,

            Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

    1.  The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

    2.  Plaintiff's application for leave to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

    3.  This action is summarily **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

Dated: November 29, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge